FILED - USDC - FLMD - JAX
AUG 19 2026 PM4:32

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr- 183-MMH-SJH

BRIAN GREGORY BRIGHTMAN
a/k/a "B"
a/k/a "BossHog"
a/k/a "Slime God"

## MOTION FOR CAPIAS

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for Brian Brightman, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: Rachel Lasry

RACHEL LASRY
Assistant United States Attorney
Florida Bar No. 1051371
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Rachel.lasry@usdoj.gov